# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JAYSON R. FRANCE,**

      **Plaintiff,**

  v.                                    Case No.:  2:13-cv-421
                                          JUDGE GEORGE C. SMITH
                                          Magistrate Judge King

**COMMISSIONER OF**
**SOCIAL SECURITY,**

      **Defendant.**

## ORDER

      This case is before the Court to consider the Report and Recommendation issued by the Magistrate Judge on January 24, 2014.  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  The decision of the Commissioner is hereby **REVERSED** pursuant to Sentence 4 of 42 U.S.C. § 405(g) and this case is **REMANDED** for further consideration of the medical opinion of Plaintiff's treating provider, Dr. Lattavo.

      The Clerk shall remove Document 25 from the Court's pending motions list and remand this case in accordance with the Report and Recommendation.

      **IT IS SO ORDERED.**

                                                          */s/ George C. Smith*
                                                          **GEORGE C. SMITH, JUDGE**
                                                          **UNITED STATES DISTRICT COURT**